IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISAAC ISAHAS WASHINGTON, #217169, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:13cv562-TMH ) |
| MARK BRUTON, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER AND OPINION**

On September 26, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's complaint is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. This case is DISMISSED prior to service of process.

Done, this 24th day of October 2013.

　　　　　　　　　　　　　　　　/s/   Truman M. Hobbs
　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE